RECEIVED
OCT 19 2016
BY MAIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| ) | |
| EXTRADITION OF ) | Cause No. 4:16 MJ 3158 NCC |
| ) | |
| SENAD CEJVAN ) | |

## DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR EXTRADITION

Comes now the Defendant and moves the court to dismiss the Complaint for extradition. The Government was to produce documents, evidence, and information that would tend to support the government's position by October 10, 2016 (sixty days after the initial hearing on this matter) and it has failed to do so.

Defense counsel has requested access to the information by phone calls and a letter, but the government has yet to respond.

Wherefore, the Defendant prays for the court to dismiss the complaint.

Respectfully Submitted

Allan & Summary
/s/ John J Allan MBE 24080
Attorneys and Counselors of Law
4542 W. Pine Blvd.
St. Louis, MO 63108
314-351-5678
jja@allanlaw.com